IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONWIDE INSURANCE          :          CIVIL ACTION
INDEPENDENT CONTRACTORS        :
ASSOCIATION, INC.             :
                              :
          v.                  :
                              :
NATIONWIDE MUTUAL INSURANCE    :
COMPANY                       :          NO. 11-3085

ORDER

        AND NOW, this 5th day of October, 2011, upon

consideration of the defendant's Motion to Dismiss, Abstain or

Transfer (Docket No. 15), the opposition and reply thereto, and

following oral argument held on July 28, 2011, IT IS HEREBY

ORDERED, that the motion is GRANTED.  The plaintiff's complaint

is dismissed without prejudice.  The plaintiff may file an

amended complaint within 30 days of this order.


                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.