```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NATIONWIDE INSURANCE             :    CIVIL ACTION
INDEPENDENT CONTRACTORS          :
ASSOCIATION, INC., et al.        :
                                 :
          v.                     :
                                 :
NATIONWIDE MUTUAL INSURANCE      :
COMPANY                          :    NO. 11-3085
```

ORDER

AND NOW, this 30th day of April, 2012, upon consideration of the defendant Nationwide's Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 32), the opposition and reply thereto, and following oral argument held on March 22, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  The plaintiffs' complaint is dismissed with prejudice.  This case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.